| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MYKHAILO TSERKOVNYUK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-po-00745-MJS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR** |
| | ) | **INITIAL APPEARANCE; ORDER** |
| vs. | ) | |
| | ) | Hon. Michael J. Seng |
| MYKHAILO TSERKOVNYUK, | ) | Date: November 7, 2017 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mykhailo Tserkovnyuk, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance on November 7, 2017 and that he be allowed to appear by video from the United States District Court in White Plains, New York. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Tserkovnyuk to appear by video for his initial appearance.

Mr. Tserkovnyuk currently resides in Peekskill, New York and is attending school in the area. As a student, Mr. Tserkovnyuk's attendance is required and he has limited means to travel back to California. Accordingly, Mr. Tserkovnyuk respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in White Plains, New York for his initial appearance.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: November 1, 2017 | /s/ *Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>MYKHAILO TSERKOVNYUK |

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the November 7, 2017 at 10:00 am initial appearance in Case No. 6:17-po-00475-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in White Plains, New York.

IT IS SO ORDERED.

Dated: __November 3, 2017__     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE