HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SHAUN REDDICK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-po-00745-MJS |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER** |
| vs. | |
| MYKHAILO TSERKOVNYUK, | Hon. Michael J. Seng |
| Defendant. | Date: February 27, 2018 |
| | Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mykhailo Tserkovnyuk, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the February 27, 2018 hearing and that he be allowed to appear by video from the United States District Court in White Plains, New York. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Tserkovnyuk to appear by video for plea and sentencing.

Mr. Tserkovnyuk lives in Peekskill, New York. Returning to Yosemite for plea and sentencing would be a hardship for Mr. Tserkovnyuk, who is of limited means. The U.S. District Court in White Plains has been able to accommodate Mr. Tserkovnyuk in the past and has indicated that it could accommodate Mr. Tserkovnyuk on February 27, 2018. Accordingly, Mr. Tserkovnyuk respectfully requests that the Court grant a waiver of his right to be personally

present and that he be permitted to appear via video from the United States District Court in White Plains, New York, for purposes of plea and sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 14, 2018          */s/ Hope Alley*
                                 HOPE ALLEY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MYKHAILO TSERKOVNYUK

# **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the February 27, 2018 change-of-plea hearing in Case No. 6:17-po-00745-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in White Plains, New York and provide a fully executed written plea agreement to the Court 48 hours before the hearing.

IT IS SO ORDERED.

Dated:   February 14, 2018          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Tserkovnyuk: Rule 43 Waiver

2