HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_bockmon@fd.org

Attorney for Defendant
MHYKAILO TSERKOVNYUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MHYKAILO TSERKOVNYUK, <br><br> Defendant. | Case No. 6:17-po-745 MJS <br><br> **WAIVER OF PERSONAL APPEARANCE; AND REQUEST TO APPEAR BY VIDEO CONFERENCE** <br><br> Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, MHYKAILO TSERKOVNYUK, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Review Hearing and be allowed to appear via video conference from the United States District Court in White Plains, NY. Mr. Tserkovnyuk agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender Matthew C. Bockmon, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Travel to Yosemite National Park represents a financial hardship.

/ / /

/ / /

-1-

Respectfully Submitted,

HEATHER E. WILLIAMS  
Federal Defender

Dated: January 23, 2019            */s/ Matthew C. Bockmon*  
MATTHEW C. BOCKMON  
Assistant Federal Defender  
Attorney for MHYKAILO TSERKOVNYUK


McGREGOR SCOTT  
United States Attorney

Dated: January 23, 2019            */s/ Matthew C. Bockmon for S. St. Vincent*  
SUSAN ST. VINCENT  
Legal Officer

# O R D E R

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in White Plains, NY for his review hearing on January 29, 2019 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:   January 23, 2019                    _____  
UNITED STATES MAGISTRATE JUDGE