| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | matthew_bockmon@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | MYKHAILO TSERKOVNYUK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-po-745 JDP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE REVIEW HEARING** |
| MYKHAILO TSERKOVNYUK, | Date: January 29, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the Review Hearing currently scheduled for January 29, 2019, may be continued to February 5, 2019 at 10:00 a.m.

The reason for the continuance is that Mr. Tserkovnyuk has been summoned for jury duty in New York and is required to report on January 29, 2019.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 28, 2019  */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for MYKHAILO TSERKOVNYUK

-1-

| | McGREGOR SCOTT |
| | United States Attorney |

Dated: January 28, 2019  　　　　　　　　　　*/s/ Matthew C. Bockmon for S. St. Vincent*
　　　　　　　　　　　　　　　　　　　　　　SUSAN ST. VINCENT
　　　　　　　　　　　　　　　　　　　　　　Legal Officer

# O R D E R

**GOOD CAUSE APPEARING**, the court continues the review hearing to February 5, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: ___January 28, 2019___　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE