Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>MYKHAILO TSERKOVNYUK,<br><br>Defendant. | Docket Number: 6:17-PO-0745-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

    The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for May 7, 2019. To date, Defendant has complied with all the terms of unsupervised probation as amended by this Court on February 26, 2019.

.

    Dated: May 1, 2019                            /S/ Susan St. Vincent
                                                             Susan St. Vincent
                                                              Legal Officer
                                                              Yosemite National Park

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 7, 2019 in the above referenced matter, *United States v. Tserkovnyuk, 6:17-PO-0745-JDP*, be vacated.

IT IS SO ORDERED.

Dated: May 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE