1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MYKHAILO TSERKOVNYUK
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 6:17-po-00745

12 |         Plaintiff,                | **MOTION TO DISMISS; ORDER**

13 | vs.

14 | MYKHAILO TSERKOVNYUK,

15 |         Defendant.

16

17       Defendant Mykhailo Tserkovnyuk hereby files this motion to dismiss pursuant to 18

18 U.S.C. § 3607(a).  The Government does not oppose this request.

19       On February 27, 2018, Mr. Tserkovnyuk pled guilty to possession of a controlled substance

20 in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted

21 Mr. Tserkovnyuk a deferred entry of judgment under 18 U.S.C. § 3607(a).  On May 6, 2019, the

22 Court vacated Mr. Tserkovnyuk's review hearing because he had fully complied with the terms of

23 his probation.  Mr. Tserkovnyuk's probation expired on May 26, 2019.

24       Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has

25 not violated a condition of his probation, the court shall, without entering a judgment of conviction,

26 dismiss the proceedings against the person and discharge him from probation." Here, Mr.

27 Tserkovnyuk's term of probation has expired, and he did not violate any condition of his probation.

28 Accordingly, Mr. Tserkovnyuk requests that the Court, without entering a judgment of conviction,

dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 26, 2019        */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           MYKHAILO TSERKOVNYUK

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Tserkovnyuk in *United States v. Tserkovnyuk*, Case No. 6:17-po-00745.

IT IS SO ORDERED.

Dated:   July 2, 2019                    _____
                                          UNITED STATES MAGISTRATE JUDGE

Tserkovnyuk - Motion to Dismiss